# EXHIBIT 2

## RETURN OF SERVICE

**State of Florida**                                                               **County of Miami-Dade**

Case Number: 21-24823 CA 01

Plaintiff: SOLOMON HUMES,
vs.
Defendant: MICHAEL TYRONE CLEMOND and KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.,

For:
Marcel Flemming, Esq
MORGAN & MORGAN, P.A.
703 Waterford Way,
Suite 1000
Miami,, FL 33126

Received by JUAN M. RIPOLL & ASSOCIATES, INC. on the 18th day of February, 2022 at 9:00 am to be served on KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC. NATIONAL REGISTERED AGENT, INC., 3800 N CENTRAL AVENUE, SUITE 460, PHOENIX, AZ 85012.

I, Christopher Turnage Badge No. Mc-8160, do hereby affirm that on the 23rd day of February, 2022 at 1:02 pm, I:

served A CORPORATION OR AN LLC by delivering a true copy of the SUMMONS, NOTICE OF SERVICE OF INTERROGATORIES TO DEFENDANT, KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC. with the date and hour of service endorsed thereon by me, to the: ADDRESS PROVIDED FOR THE REGISTERED AGENT, BY SERVING Christine Napier as Clerk at the address of: 3800 N CENTRAL AVENUE, SUITE 460, PHOENIX, AZ 85012 on behalf of KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC., and informed said person of the contents therein, in compliance with state statutes.48.081(3)(a)/48.091(1)(2)/48.031(1) 7 a. AND 48.062/605.0113 & 605.0117. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2)

I do hereby certify that I have no interest in the above action, that I am of legal age, that I am a appointed, special, authorize, certified, court officer or licensed process server in the circuit in which it was served. Under penalty of perjury, I declare that I have read the foregoing VERIFIED RETURN OF PROCESS and that the facts stated in it are true.

Christopher Turnage Badge No. Mc-8160
Process Server

JUAN M. RIPOLL & ASSOCIATES, INC.
4105 EAST 9Th COURT
HIALEAH, FL 33013
(786) 290-0900

Our Job Serial Number: MRM-2022280157

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2h