# EXHIBIT 3

Filing # 146655491 E-Filed 03/29/2022 04:36:19 PM

# RETURN OF NON-SERVICE

**State of Florida**  **County of Miami-Dade**

Case Number: 21-24823 CA 01

Plaintiff:
**SOLOMON HUMES,**

vs.

Defendant:
**MICHAEL TYRONE CLEMOND and KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.,**

For:
Marcel Flemming, Esq
MORGAN & MORGAN, P.A.
703 Waterford Way,
Suite 1000
Miami,, FL 33126

Received by JUAN M. RIPOLL & ASSOCIATES, INC. on the 18th day of February, 2022 at 9:00 am to be served on MICHAEL TYRONE CLEMONS, 550 S. DUPONT HWY, APT 8 X, NEW CASTLE, DE 19726.

I, KEVIN O'ROURKE, do hereby affirm that on the 19th day of March, 2022 at 11:38 am, I:

**NON-SERVED** the -**CIVIL SUMMONS AND COMPLAINT; REQUEST FOR PRODUCTION OF DOCUMENTS; INTERROGATORIES; REQUEST FOR ADMISSIONS** because all reasonable inquires suggest the defendant moved to an undetermined address. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2)

**Additional Information pertaining to this Service:**
550 South DuPont Highway, Apt. 8X, New Castle, DE 19720 - NON EST - Moved per current resident of 3 years (Michael Beerman)

I do hereby certify that I have no interest in the above action, that I am of legal age, that I am a appointed, special, authorize, certified, court officer or licensed process server in the circuit in which it was served. Under penalty of perjury, I declare that I have read the foregoing VERIFIED RETURN OF PROCESS and that the facts stated in it are true.

*Kevin J. O'Rourke*

**KEVIN O'ROURKE**
Process Server

JUAN M. RIPOLL & ASSOCIATES, INC.
4105 EAST 9Th COURT
HIALEAH, FL 33013
(786) 290-0900

Our Job Serial Number: MRM-2022280162

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2f