# EXHIBIT 5

# 2021 ANNUAL REPORT

## ENTITY INFORMATION

**ENTITY NAME:** KNIGHT-SWIFT TRANSPORTATION HOLDINGS INC.
**ENTITY ID:** F19238518
**ENTITY TYPE:** Foreign For-Profit (Business) Corporation
**CHARACTER OF BUSINESS:** TRANSPORTATION
**AUTHORIZED SHARES:**
  Share Class: COMMON Share Series: Share Total: 250000000
  Share Class: COMMON Share Series: Share Total: 500000000

**ISSUED SHARES:**
  Share Class: COMMON Share Series: Share Total: 83299118
  Share Class: PREFERRED Share Series: Share Total: 49741938
  Share Class: COMMON Share Series: Share Total: 83299118
  Share Class: PREFERRED Share Series: Share Total: 49741938

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** NATIONAL REGISTERED AGENTS INC
**PHYSICAL ADDRESS:** 3800 N CENTRAL AVE SUITE 460, PHOENIX, AZ 85012
**MAILING ADDRESS:** 3800 N CENTRAL AVE SUITE 460, PHOENIX, AZ 85012

## KNOWN PLACE OF BUSINESS

Att: TODD CARLSON, 2200 S 75TH AVE, PHOENIX, AZ 85043

## PRINCIPAL OFFICE ADDRESS

NATIONAL REGISTERED AGENTS INC 160 GREENTREE DR #101, DOVER, DE 19904

## PRINCIPAL INFORMATION

CEO (Chief Executive Officer): DAVE JACKSON - 20002 N 19TH AVE, PHOENIX, AZ, 85027, USA - - Date of Taking Office: 09/11/2017

Chairman of the Board of Directors: KEVIN P KNIGHT - 20002 N 19TH AVE, PHOENIX, AZ, 85027, USA - - Date of Taking Office: 09/11/2017

Director: KATHY MUNRO - 20002 N 19TH AVE, PHOENIX, AZ, 85027, USA - - Date of Taking Office: 09/11/2017

Director: MIKE GARNREITER - 20002 N 19TH AVE, PHOENIX, AZ, 85027, USA - - Date of Taking Office: 09/11/2017

Director: SISSIE ROBERTS-SHANK - 20002 N 19TH AVE, PHOENIX, AZ, 85027, USA - - Date of Taking Office: 09/11/2017

Officer: LOWELL GRIFFIN - 20002 N 19TH AVE, PHOENIX, AZ, 85027, USA - - Date of Taking Office: 09/11/2017

Secretary: TODD CARLSON - 20002 N 19TH AVE, PHOENIX, AZ, 85027, USA - - Date of Taking Office: 09/11/2017

Treasurer: Adam Miller - 2200 S 75TH AVE, PHOENIX, AZ, 85043, USA - - Date of Taking Office:

**SIGNATURE**

Secretary: TODD CARLSON - 05/18/2021