# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:22-21155-CIV-ALTONAGA

SOLOMON HUMES,

        Plaintiff,

v.

MICHAEL TYRONE CLEMONS, and KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.,

        Defendants.

## AFFIDAVIT OF MICHAEL T. CLEMONS

**STATE OF DELAWARE**

**COUNTY OF NEW CASTLE**

Before me, the undersigned notary public, authorized to take acknowledgments and administer oaths, personally appeared Michael T. Clemons who, after first duly sworn, deposes and says:

1. I, Michael T. Clemons, am over 18 years of age and am of sound mind.

2. As a citizen of the state of Delaware, I am currently a resident of, and am domiciled in, Newark, Delaware.

3. At the time of the Subject Accident, which occurred on September 14, 2020, I resided in, and was domiciled in, Richmond, Virginia.

4. At no time have I ever been a citizen of, resident of, or been domiciled in, the State of Florida.

1

FURTHER AFFIANT SAYETH NOT.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  4/22/2022
Michael T. Clemons          Date

Pursuant to Section 95.525, Florida Statutes, under penalties of perjury, I hereby declare, certify and affirm that I have read the foregoing under penalty of perjury that the foregoing Answers to Plaintiff's Supplemental Interrogatories are true and correct to the best of my knowledge and belief.

_____  4/22/2022
Michael T. Clemons          Date

2