# EXHIBIT 6

Case 1:22-cv-21155-CMA Document 11-6 Entered on FLSD Docket 04/22/2022 Page 2 of 2

