# EXHIBIT 8

Arizona Corporation Commission - RECEIVED: 5/18/2021
Arizona Corporation Commission - FILED: 5/18/2021

21051813296178

# 2021 ANNUAL REPORT

## ENTITY INFORMATION

| | |
|---|---|
| **ENTITY NAME:** | KNIGHT-SWIFT TRANSPORTATION HOLDINGS INC. |
| **ENTITY ID:** | F19238518 |
| **ENTITY TYPE:** | Foreign For-Profit (Business) Corporation |
| **CHARACTER OF BUSINESS:** | TRANSPORTATION |
| **AUTHORIZED SHARES:** | Share Class: COMMON Share Series: Share Total: 250000000 |
| | Share Class: COMMON Share Series: Share Total: 500000000 |
| **ISSUED SHARES:** | Share Class: COMMON Share Series: Share Total: 83299118 |
| | Share Class: PREFERRED Share Series: Share Total: 49741938 |
| | Share Class: COMMON Share Series: Share Total: 83299118 |
| | Share Class: PREFERRED Share Series: Share Total: 49741938 |

## STATUTORY AGENT INFORMATION

| | |
|---|---|
| **STATUTORY AGENT NAME:** | NATIONAL REGISTERED AGENTS INC |
| **PHYSICAL ADDRESS:** | 3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012 |
| **MAILING ADDRESS:** | 3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012 |

## KNOWN PLACE OF BUSINESS

Att: TODD CARLSON, 2200 S 75TH AVE , PHOENIX, AZ 85043

## PRINCIPAL OFFICE ADDRESS

NATIONAL REGISTERED AGENTS INC 160 GREENTREE DR #101 , DOVER, DE 19904

## PRINCIPAL INFORMATION

CEO (Chief Executive Officer): DAVE JACKSON - 20002 N 19TH AVE, PHOENIX, AZ, 85027, USA - - Date of Taking Office: 09/11/2017

Chairman of the Board of Directors: KEVIN P KNIGHT - 20002 N 19TH AVE, PHOENIX, AZ, 85027, USA - - Date of Taking Office: 09/11/2017

Director: KATHY MUNRO - 20002 N 19TH AVE, PHOENIX, AZ, 85027, USA - - Date of Taking Office: 09/11/2017

Director: MIKE GARNREITER - 20002 N 19TH AVE, PHOENIX, AZ, 85027, USA - - Date of Taking Office: 09/11/2017

Director: SISSIE ROBERTS-SHANK - 20002 N 19TH AVE, PHOENIX, AZ, 85027, USA - - Date of Taking Office: 09/11/2017

Officer: LOWELL GRIFFIN - 20002 N 19TH AVE, PHOENIX, AZ, 85027, USA - - Date of Taking Office: 09/11/2017

Secretary: TODD CARLSON - 20002 N 19TH AVE, PHOENIX, AZ, 85027, USA - - Date of Taking Office: 09/11/2017

Treasurer: Adam Miller - 2200 S 75TH AVE, PHOENIX, AZ, 85043, USA - - Date of Taking Office:

21051813296178

## SIGNATURE

Secretary: TODD CARLSON - 05/18/2021