UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-21155-CIV-ALTONAGA

SOLOMON HUMES,

    Plaintiff,

v.

MICHAEL TYRONE CLEMONS,
and KNIGHT-SWIFT TRANSPORTATION
HOLDINGS, INC.,

    Defendants.
_____/

## KNIGHT'S CERTIFICATE OF INTERESTED PARTIES

Defendant, KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC. ("Knight"), by and through undersigned counsel, hereby responds to the Court's April 15, 2022 Order requiring the parties to file certificates of interested parties, and hereby certified upon information and belief as follows:

1.    Abilene Motor Express, LLC, is a non-governmental limited liability corporation, specifically a corporation organized and existing under the laws of the State of Virginia, with its principal place of business being Richmond, Virginia.

2.    The parent corporation of Abilene Motor Express, LLC, is Knight Transportation, Inc.

3.    Knight Transportation, Inc. is a non-governmental corporate entity, specifically a corporation organized and existing under the laws of the State of Arizona, with its principal place of business being Phoenix, Arizona.

4.    The parent corporation of Knight Transportation, Inc. is Knight-Swift Transportation Holdings, Inc.

5. Knight-Swift Transportation Holdings, Inc. is a non-governmental corporate entity, specifically a corporation organized and existing under the laws of the State of Delaware, with its principal place of business being Phoenix, Arizona.

6. Knight-Swift Transportation Holdings, Inc. does not have a parent corporation.

7. No publicly held company or entity owns 10% or more of Knight-Swift Transportation Holdings, Inc.'s stock.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated: April 29, 2022

Respectfully submitted,

*/s/ Ryan D. Schoeb*
**RYAN D. SCHOEB, ESQ**.
Florida Bar No. 109257
**R. DANIEL KNUTH, ESQ.**
Florida Bar No. 1003030
**WOOD, SMITH,**
**HENNING & BERMAN LLP**
1501 S. Church Avenue, Suite 200
Tampa, Florida 33629
Tel.: 813-422-6925
Fax.: 813-425-6983
rschoeb@wshblaw.com
dknuth@wshblaw.com
lswilson@wshblaw.com
*Counsel for Knight-Swift Transportation Holdings, Inc.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this April 29, 2022, a copy of the foregoing was served via the CM/ECF portal to the following: Marcel M. Flemming, Esq., MORGAN & MORGAN, P.A., mflemming@forthepeople.com and cgarciaespinoza@forthepeople.com.

*/s/ Ryan D. Schoeb*
**RYAN D. SCHOEB, ESQ.**