UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21155-CIV-ALTONAGA

**SOLOMON HUMES**,

      Plaintiff,
v.

**KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.**; *et al.*,

      Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court *sua sponte*.

On April 15, 2022, the Court entered an Order Requiring Scheduling Report and Certificates of Interested Parties [ECF No. 9] that obligated the parties to submit a joint scheduling report and certificates of interested parties on or before April 29, 2022. (*See id.* 1). Plaintiff, Solomon Humes, failed to file a certificate of interested parties on time. When Plaintiff failed to comply, the Court discovered that Plaintiff's counsel's email is incorrect in the Court's Case Management System, CM/ECF. On May 2, 2022, the Court ordered Plaintiff's counsel to correct his email address in the CM/ECF system and file a certificate of interested persons on or before May 4, 2022. (*See* May 2, 2022 Order [ECF No. 19]). The Court further ordered Defendant's counsel to serve Plaintiff's counsel with a copy of the Order. (*See id.*). Defendant's counsel filed a notice of compliance on May 3, 2022 indicating that Plaintiff's counsel was served with the Order. (*See* Def.'s Notice of Compliance [ECF No. 21]).

Remarkably, Plaintiff has not filed a certificate of interested persons or requested an enlargement of time to do so, despite having filed a Motion to Remand [ECF No. 20] on May 3, 2022. In addition, Plaintiff has given no indication that Plaintiff's counsel has corrected the

mistaken email address in the CM/ECF system.

"A district court need not tolerate defiance of reasonable orders." *Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1241 (11th Cir. 2009) (citation omitted). Accordingly, it is

**ORDERED AND ADJUDGED** that the case is **DISMISSED without prejudice**. All pending motions are **DENIED** as moot. The Clerk of Court shall mark this case **CLOSED**. Defendant's counsel is ordered to serve Plaintiff with a copy of this Order forthwith.

**DONE AND ORDERED** in Miami, Florida, this 5th day of May, 2022.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record