UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21155-CIV- ALTONAGA/Torres

SOLOMON HUMES,

    Plaintiff,

v.

MICHAEL TYRONE CLEMONS, *et al.*,

    Defendants.

_____/

**NOTICE OF CHANFE OF ADDRESS AND CONTACT INFORMATION**

Pursuant to Local Rule 11.1(g), Attorney, Marcel M. Flemming, Esq., files this Notice of Change of Address and Contact Information in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

    Law Firm: Morgan & Morgan, P.A.

    Address: 703 Waterford Way, Suite 1000

    Miami, FL 33126

    Email Address: mflemming@forthepeople.com

DATED:    May 6, 2022

    Respectfully submitted,

    */s/ Marcel M. Flemming*
    MARCEL M. FLEMMING, ESQ.
    Florida Bar No. 41001
    mflemming@forthepeople.com
    cgarciaespinoza@forthepeople.com
    MORGAN & MORGAN, P.A.
    703 Waterford Way, Suite 1000
    Miami, Florida 33126
    Telephone: 305-929-1906
    Facsimile: 305-929-1924
    *Attorneys for Plaintiff, Solomon Humes*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the Notice of Change of Address and email address was furnished via electronic filing, U.S. Mail and/or Facsimile to:

## SERVICE LIST

Ryan Schoeb, Esq.
Daniel Knuth, Esq.
rschoeb@wshblaw.com
dknuth@wshblaw.com
1501 S. Church Avenue, Suite 200,
Tampa, FL 33629
Telephone:     813-422-6918
Facsimile:     813-892-7019
*Attorneys for Defendant, Knight Swift Transportation Holdings Inc.*